**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                        Case No. 10-cr-79-PB

**Gary Nelson, et al.**


**O R D E R**


The defendant, through counsel, has moved to continue the trial scheduled for August 17, 2010, citing the need for additional time to engage in plea negotiations or prepare for trial.  The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow time for the parties to properly prepare for trial, the court will continue the trial from August 17, 2010 to November 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The August 2, 2010 final pretrial conference is continued to October 20, 2010 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 30, 2010

cc:  Michael Shklar, Esq.
     Tony Soltani, Esq.
     Stanley Norkunas, Esq.
     Jennifer C. Davis, Esq.
     United States Probation
     United States Marshal