```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 10-cr-79-PB

**Roger Desmarais, et.al**


**O R D E R**


    The defendant, through counsel, has moved to continue the trial scheduled for November 2, 2010 for a period of 90 days, citing serious medical issues which affect his ability to proceed to trial in November.  The government and co-defendants, Gary Nelson and Walter Zakupowsky, do not object to a continuance of the trial date.

    Accordingly, for the above reason and in order to allow time for the parties to properly prepare for trial, the court will continue the trial from November 2, 2010 to February 1, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy

trial.

The October 20, 2010 final pretrial conference is continued to January 21, 2011 at 3:00 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 13, 2010

cc: Michael Shklar, Esq.
    Tony Soltani, Esq.
    Stanley Norkunas, Esq.
    Jennifer C. Davis, Esq.
    United States Probation
    United States Marshal